FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00850-BNB

WILLIAM JAY ABBOTT,

    Plaintiff,

v.

NO NAMED DEFENDANTS,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, William Jay Abbott, is a prisoner of the State of Alaska who is incarcerated at the Hudson Correctional Facility in Hudson, Colorado, pursuant to a contract with the Alaska Department of Corrections. Mr. Abbott initiated this action on April 1, 2011, by filing *pro se* a letter with the Court alleging various violations of his constitutional rights.

In an order filed on April 6, 2011, Magistrate Judge Boyd N. Boland directed Mr. Abbott to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Abbott was ordered to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form, along with a certificate showing the current balance in his inmate account. Alternatively, Mr. Abbott was advised that he could pay the $350.00 filing fee. Mr. Abbott was also directed to file a Complaint on the court-approved form. The April 6 Order warned Mr. Abbott that if he failed to cure the designated deficiencies within the time allowed, the action would be

dismissed without prejudice and without further notice.

Mr. Abbott has not filed any documents in this action since the April 6 Order. Therefore, Mr. Abbott has failed to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, William Jay Abbott, to comply with the order to cure dated April 6, 2011.

DATED at Denver, Colorado, this __18th__ day of ____May____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00850-BNB

William Jay Abbott
Prisoner No. 515019
Hudson Correctional Center
3001 N Juniper St
Hudson, CO 80642

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 18, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk